IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONTE LEE HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN ALLISON, et al.,**<br><br>Defendants. | Case No. 3:20-cv-09393 CRB<br><br>~~[PROPOSED]~~ **ORDER STAYING PROCEEDINGS PENDING DEFENDANTS' APPEAL** |

This Court has considered Defendants' motion to stay proceedings, the papers filed, and the arguments made in support and in opposition to the motion. This Court finds good cause to grant Defendants' motion and to stay proceedings during the pendency of their appeal.

**IT IS ORDERED** that all further proceedings in this matter, including the responsive pleading deadline and discovery, are stayed pending resolution of Defendants' appeal of the Court's denial of qualified immunity and immunity under the Public Readiness and Emergency Preparedness Act, as asserted in Defendants' motion to dismiss the First Amended Complaint.

Dated: __July 5, 2022_____

_____
The Honorable Charles R. Breyer

1

[Proposed] Order on Defs.' Mot. to Stay Proceedings (3:20-cv-09393 CRB)